The judgment should be modified by reducing the amount of damages to two-fifths thereof, and the allowance proportionately.

Judgment modified by reducing the amount of damages to two-fifths of the sum allowed, with a proportionate reduction of the extra allowance, and, as modified affirmed, without costs. All concur.

---

### WELLS v. BROOKLYN UNION ELEVATED R. CO. et al.   (No. 2.)

(Supreme Court, Appellate Division, Second Department.   October 4, 1907.)

Appeal from Special Term, Kings County.

Action by Oliver J. Wells against the Brooklyn Union Elevated Railroad Company and another. From a judgment for plaintiff, defendants appeal. Modified and affirmed.

Argued before HIRSCHBERG, P. J., and HOOKER, RICH, MILLER, and GAYNOR, JJ.

PER CURIAM. Judgment modified by reducing the amount of damages to two-fifths of the sum allowed, with a proportionate reduction of the extra allowance. and, as modified, affirmed, without costs, on the authority of Wells v. Brooklyn Union Elevated Railroad Company and Another (decided herewith) 106 N. Y. Supp. 77.

---

### PHILLIPS v. BROOKLYN UNION ELEVATED R. CO. et al.

(Supreme Court, Appellate Division, Second Department.   October 4, 1907.)

Appeal from Special Term, Kings County.

Action by John F. Phillips against the Brooklyn Union Elevated Railroad Company and another. From a judgment for plaintiff, defendants appeal. Modified and affirmed.

Argued before HIRSCHBERG, P. J., and HOOKER, RICH, MILLER, and GAYNOR, JJ.

PER CURIAM. Judgment modified by reducing the amount of damages to two-fifths of the sum allowed, with a proportionate reduction of the extra allowance, and, as modified, affirmed, without costs, on the authority of Wells v. Brooklyn Union Elevated Railroad Company and Another (decided herewith) 106 N. Y. Supp. 77.

---

### HILLEBRECHT v. BROOKLYN UNION ELEVATED R. CO. et al.

(Supreme Court, Appellate Division, Second Department.   October 4, 1907.)

Appeal from Special Term, Kings County.

Action by John C. Hillebrecht against the Brooklyn Union Elevated Railroad Company and another. From a judgment for plaintiff, defendants appeal. Modified and affirmed.

Argued before HIRSCHBERG, P. J., and HOOKER, RICH, MILLER, and GAYNOR, JJ.